**Evora Brenda HUNT, Plaintiff–Appellant,**

v.

**NORFOLK SOCIAL SERVICES, City of Norfolk, Defendant–Appellee.**

No. 00–2398.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided May 15, 2001.

Evora Brenda Hunt, pro se. Harold Phillip Juren, Deputy City Attorney, Norfolk, VA, for appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Evora Brenda Hunt appeals the district court's order granting summary judgment to Defendant on Hunt's employment discrimination claims under Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act, and on her 42 U.S.C.A. § 1983 (West 2000) due process violation claim. We have reviewed the

record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hunt v. Norfolk Soc. Servs.*, No. CIV A 00-1402, 2000 WL 1092838 (E.D.Va. Aug. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*